UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| A.S., a minor, by and through | ) | |
| Next Friend, Chris Schaefer, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:19 CV 91 CDP |
| | ) | |
| LINCOLN COUNTY R-III SCHOOL | ) | |
| DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff A.S. brings this action under 42 U.S.C. § 1983 against defendants Lincoln County R-III School District and Joy Lillard, a district employee and assistant principal at Troy Buchanan High School, alleging that they violated his First and Fourteenth Amendment rights in relation to his suspension from high school, including the manner by which they conducted his suspension hearing. A.S. also seeks judicial review of the district's decision to suspend him, as provided by Mo. Rev. Stat. § 167.161. Because I do not find A.S.'s pleading to be so vague or ambiguous that defendants cannot reasonably prepare a response, I will deny defendants' motion for more definite statement. Fed. R. Civ. P. 12(e); *Tinder v. Lewis Cty. Nursing Home Dist.*, 207 F. Supp. 2d 951, 959-60 (E.D. Mo. 2001).

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for more definite statement [5] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of February, 2019.